**IN RE: In the Matter of the Complaint of LARRY DOIRON, INCORPORATED as Owner and Operator of the Barge Pogo and M/V Billy Joe for Exoneration from or Limitation of Liability**

**Larry Doiron, Incorporated, Plaintiff–Appellee**

**Robert Jackson, Intervenor Plaintiff–Appellee**

v.

**Specialty Rental Tools & Supply, L.L.P.; Oil States Energy Services, L.L.C.; Zurich American Insurance Company, Defendants–Appellants**

No. 16-30217

United States Court of Appeals, Fifth Circuit.

FILED July 7, 2017

Alan David Ezkovich, Attorney, Clarence William Emory, Georges M. Legrand, Mouledoux, Bland, Legrand & Brackett,

L.L.C., Aaron James Weidenhaft, Ezko-
vich & Company, LLC, New Orleans, LA,
for Plaintiff–Appellee, Intervenor Plain-
tiff–Appellee.

Mark Lynn Clark, Robert Jeffrey
Bridger, Esq., Thompson, Coe, Cousins &
Irons, L.L.P., New Orleans, LA, for De-
fendant–Appellant.

Harold Kemler Watson, Ivan Mauricio
Rodriguez, Chaffe McCall, L.L.P., Hous-
ton, TX, Alan R. Davis, Chaffe McCall,
L.L.P., New Orleans, LA, for Amici Curiae
Liberty Mutual Insurance Company, Lib-
erty International Underwriters.

Richard K. Leefe, Attorney, Leefe,
Gibbs, Sullivan, Dupre' & Aldous, L.L.C.,
Metairie, LA, for Amicus Curiae Crescent
Energy Services, L.L.C.

Before STEWART, Chief Judge,
JOLLY, JONES, SMITH, DENNIS,
CLEMENT, PRADO, OWEN, ELROD,
SOUTHWICK, HAYNES, GRAVES,
HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested
a poll on the petition for rehearing en
banc, and a majority of the circuit judges
in regular active service and not disquali-
fied having voted in favor,

IT IS ORDERED that this cause shall
be reheard by the court en banc with oral
argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule
for the filing of supplemental briefs.